Opinion issued May 31, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00957-CV






KIMBERLY R. SESSUM, Appellant


V.


FORT BEND INDEPENDENT SCHOOL DISTRICT AND TEXAS
WORKERS COMPENSATION COMMISSION, Appellees






On Appeal from the 268th District Court

Fort Bend County, Texas

Trial Court Cause No. 04cv139228






MEMORANDUM OPINION Appellant Kimberly R. Sessum has neither established indigence, nor paid
made arrangements to pay the clerk's fee for preparing the clerk's record. See Tex.
R. App. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing
dismissal of appeal if no clerk's record filed due to appellant's fault). After being
notified that this appeal was subject to dismissal, appellant Kimberly R. Sessum did
not adequately respond. See Tex. R. App. P. 42.3(c) (allowing involuntary dismissal
of case).

 The appeal is dismissed for want of prosecution for failure to pay or make
arrangements to pay the clerk's fee. All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.